IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STANLEY TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-837-MJR |
| ) | |
| ILLINOIS CENTRAL RAILROAD ) | |
| COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT AND JURY DEMAND**

**COUNT I**

Comes now the Plaintiff, STANLEY TAYLOR, by and through his attorneys, PRATT & TOBIN, P.C., and for Count I of his cause of action against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, a corporation, states as follows:

**JURISDICTION**

1. Plaintiff asserts jurisdiction pursuant to 45 United States Code, Section 51-60, the Federal Employers' Liability Act.

**ALLEGATIONS**

2. That at all times mentioned herein, the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, was a common carrier by rail engaged in interstate business in the various states of the United States including St. Clair County, State of Illinois.

3. That at all times mentioned herein, the Plaintiff, STANLEY TAYLOR, was employed by the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, as a trackman/machine operator.

4. That at all times mentioned herein, the Plaintiff, STANLEY TAYLOR, was engaged in his duties as a trackman/machine operator on behalf of the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, a common carrier by rail engaged in interstate commerce and by reason thereof, their mutual and respective rights and liabilities were governed by a certain Act of Congress known as the Federal Employers' Liability Act, 45 United States Code, Section 51-60.

5. That on or about May 27, 2005, at or near Alma, Illinois, Plaintiff, STANLEY TAYLOR, was injured when two machines collided injuring his shoulder while working for the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY.

6. That at said time and place, the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, by and through its agents and employees, was guilty of one or more of the following negligent acts or omissions, to-wit:

a. Negligently and carelessly failed to provide a reasonably safe place to work; and/or

b. Negligently and carelessly failed to provide safe methods of work; and/or

c. Negligently and carelessly failed to provide sufficient manpower; and/or

d. Negligently and carelessly failed to provide safe tools and equipment; and/or

e. Negligently and carelessly assigned Plaintiff to the task.

7. That as a result, in whole or in part, of one or more of the aforementioned negligent acts or omissions of the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, the Plaintiff, STANLEY TAYLOR, sustained severe and permanent injuries to his shoulder and body, all of which have and will cause him to suffer great pain and mental anguish; that he has and will lose money and earnings he would otherwise have been entitled to; that his earning capacity has been greatly diminished; and further, he has and will be obligated for sums of money as medical expenses and as a result of his injuries and all to his damage.

WHEREFORE, Plaintiff, STANLEY TAYLOR, prays judgment against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, in a sum in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00), and for costs of suit.

                STANLEY TAYLOR, Plaintiff

                PRATT & TOBIN, P.C.

**PLAINTIFF DEMANDS**
**TRIAL BY JURY.**

        By: s/Gregory M. Tobin
            GREGORY M. TOBIN - #06192096
            Route 111 at Airline Drive
            P. O. Box 179
            East Alton, IL 62024
            Telephone: (618) 259-8011
                      (800) 851-5562
            Facsimile: (618) 259-6793
            E-mail:  ptpc1@sbcglobal.net

            ATTORNEYS FOR PLAINTIFF

## COUNT II

Comes now the Plaintiff, STANLEY TAYLOR, by and through his attorneys, PRATT & TOBIN, P.C., and for Count II of his cause of action against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, states as follows:

### **JURISDICTION**

1. Plaintiff asserts jurisdiction pursuant to 45 United States Code, Section 51-60, the Federal Employers' Liability Act.

### **ALLEGATIONS**

2. That at all times mentioned herein, the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, was a common carrier by rail engaged in interstate business in the various states of the United States including St. Clair County, State of Illinois.

3. That at all times mentioned herein, the Plaintiff, STANLEY TAYLOR, was employed by the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, as a trackman/machine operator.

4. That at all times mentioned herein, the Plaintiff, STANLEY TAYLOR, was engaged in his duties as a trackman/machine operator on behalf of the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, a common carrier by rail engaged in interstate commerce and by reason thereof, their mutual and respective rights and liabilities were governed by a certain Act of Congress known as the Federal Employers' Liability Act, 45 United States Code, Section 51-60.

5. That throughout Plaintiff's career on the railroad, from 1977 through 2007, and throughout Defendant's track system, including St. Clair County, Illinois, Plaintiff was injured when he was subjected to numerous repetitive traumas while repairing Defendant's railroad tracks while working for the Defendant.

6. That at said time and place, the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, by and through its agents and employees, was guilty of one or more of the following negligent acts or omissions, to-wit:

   a. Negligently and carelessly failed to provide a reasonably safe place to work; and/or

   b. Negligently and carelessly failed to provide safe methods of work; and/or

   c. Negligently and carelessly failed to provide sufficient manpower; and/or

   d. Negligently and carelessly failed to provide safe tools and equipment.

7. That as a result, in whole or in part, of one or more of the aforementioned negligent acts or omissions of the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, the Plaintiff, STANLEY TAYLOR, sustained severe and permanent injuries to his shoulder and body, all of which have and will cause him to suffer great pain and mental anguish; that he has and will lose money and earnings he would otherwise have been entitled to; that his earning capacity has been greatly diminished; and further, he has and will be obligated for sums of money as medical expenses and as a result of his injuries and all to his damage.

WHEREFORE, Plaintiff, STANLEY TAYLOR, prays judgment against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, in a sum in excess of SEVENTY FIVE THOUSAND DOLLARS (75,000.00) and for costs of suit.

        STANLEY TAYLOR, Plaintiff

        PRATT & TOBIN, P.C.

**PLAINTIFF DEMANDS**
**TRIAL BY JURY.**

    By: s/Gregory M. Tobin
        GREGORY M. TOBIN - #06192096
        Route 111 at Airline Drive
        P. O. Box 179
        East Alton, IL 62024
        Telephone: (618) 259-8011
                   (800) 851-5562
        Facsimile: (618) 259-6793
        E-mail:  ptpc1@sbcglobal.net

        ATTORNEYS FOR PLAINTIFF